THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES SMITH, Appellant.

Submitted September 8, 2015; decided September 10, 2015

Motion by New York State Association of Criminal Defense Lawyers for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

TAMLA POPE, Appellant, v CITY OF NEW YORK et al., Respondents.

Decided September 10, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (see CPLR 5601).

In the Matter of RENAISSANCE ECONOMIC DEVELOPMENT CORPORATION, Respondent, v JIN HUA LIN, Appellant.

Submitted June 29, 2015; decided September 10, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.